UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TIMOTHY S. RISTER, :
        Plaintiff, :
        v. : No. 14-cv-5079
         :
YADKIN BANK, :
        Defendant. :
_____

# O R D E R

**AND NOW,** this 29th day of August, 2016, upon consideration of Plaintiff's Motion for Reconsideration, ECF No. 51, Defendant's Motion to Dismiss, ECF No. 46, Plaintiff's Petition for Injunctive Relief, ECF No. 62, Plaintiff's Motion for Joinder, ECF No. 63, and Plaintiff's Petition for Writ of Mandamus, ECF No. 64, and for the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Dismiss pursuant to Rule 12(b)(6), ECF No. 46, is **GRANTED.** Plaintiff's Complaint is **DISMISSED with prejudice.**

2. Plaintiff's Motion for Reconsideration, ECF No. 51, Petition for Injunctive Relief, ECF No. 62, Motion for Joinder, ECF No. 63, and Petition for Writ of Mandamus, ECF No. 64, are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

                        BY THE COURT:


                        */s/ Joseph F. Leeson, Jr.*
                        JOSEPH F. LEESON, JR.
                        United States District Judge